United States district Court
Eastern district of Wisconsin

Complaint - 1
(for filers who are prisoners without lawyers)

(Full name of plaintiff(s))
~~[scribbled out]~~
Michael S Hoskins D.O.C 462022

V.

Case Number:

(Full name of defendant(s))
Sgt Beahm
C.O. Dorn
Officer Mahoney
Capt Tritt

A. PARTIES

1. Plaintiff is a citizen of WISCONSIN (State) and is located at

WAUPUN Correctional ~~Institutional~~ Institution P.O. Box 351 WAUPUN, WI 53963
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Sgt Beahm officer Mahoney Capt. Tritt C.O. DORN
(Name)

Complaint - 2.
is (if a person or private corporation) a citizen of: __WISCONSIN__
(State, if known)
and (if a person) resides at __Waupun Correctional Institution__
(Employer's name and address, if known)

(If you need to list more defendants use another piece of paper.)

B. Statement of Claim
On the ~~page~~ Space provided on the following pages, tell:

1) who violated your rights,
2) what each defendant did
3) when they did it
4) where it happened, and
5) why they did it, if you know.

Sgt officer Beahm violated my rights when he bent my wrist causing pain to the point where I had to get an xrape this was my left wrist and this happen on April 4, 2018 this happen in Restricted housing unit on lower A range at Waupun Correctional I believe officer bent my wrist because I inform him I was feeling Self-harm and the fact he didn't want to do the paper work. during my strip search officer Beahm had me take all my clothes off and left me naked infront of staff and Inmates workers this was on camera Beahm made a statement brent over and spread them cheets while doing his strip ~~dear~~ Search I felt violated all of this happen on April 4, 2018
Issue number 2 C.O. Dorn spray me with O.C spray for no reason I wasn't during any self-harm I was trying to explain I had permission to have my nitro in my cell do to heart problems officer DORN Then Repeated the O.C spray for the Second time forcing me to have to come out the cell once place in restraints officer Dorn walk me to the shower alone with officer Mahoney once I reach the shower between officer DORN and officer Mahoney took there hand puts my head to the wall causing my head to hit the wall and where I enter the door to the shower.

Complaint - 3

This happen on May 10, 2018 while house in Restricted housing unit in cell C 229 This was Cruel and unusual punishment I went to health Service where Nurse Anderson seen me allow me to return to my cell officer Dorn later stated he Spray me hoping that I would die or have an heart Attack that he was that statement on May 23, 2018 standing at my door on C-range in Restricted housing unit this was also on Camera I was in C229.

Issue 3 officer Mahoney violated my rights when he deprive me from getting medical attention I was telling officer Mahoney where was currently standing by my cell door I was having chest Pain and Can't breath officer Mahoney walk off with a Smirk on his face later on that night they found me having Seizures it was Caught on Camera because I was in a Camera cell I was send to the Hospital by Amberalce was unresponded in and out until I arrive at the Hospital this happen April 27, 2018 I like to Let the Courts know officer Mahoney is aware of all my medical Condition because he is the one who works in the Bubble and answer the Call bottom for me in the pass regards to my breathing, chest Pain and Seizures I find this is also Cruel and unusual punishment If officer Mahoney woulder got the nurse during that time I told him I believe things mighter turn out different where the Nurse couldbe done Sometime.

Issue 4 Capt Tritt who runs Restricted housing unit was aware and present of Both claims or all 3 claims about what his officers done Wrongfully to me Capt. Tritt made a Statement I supported what my officers do who do you think the Courts would believe a Capt. or Criminal Capt Tritt was also there when Beahm left me naked for over 5min where everyone Could see me I ask Capt Tritt to please let me speak with him he said nothing or even Acknowledge me and allow me to be left naked in a holding cell this happen on 4-4-18 during the Beahm Situation in Restricted housing unit. Capt Tritt fail to protect me from a number of violations his officers done to me he had the power to stop this cruel and unusual Punishment But he didn't.

Complaint -4

## C. Jurisdiction

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant and the amount of money at stake in this case (not counting interest and cost) is
$ _____

## D. Relief Wanted

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

an award among of money order ~~Ovums~~ Counseling Service for me and see if these same officers did the Something to other inmates I would also like to be move to another Institution where I no longer have to fear for my safety toward the defendants I also like the Courts to order an injuction between us in order to protect me from any more ~~obsom~~ assaults

Complaint - 5

E. Jury Demand
I want a jury to hear my case.
[X] - Yes  [ ] - No

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 23 day of May, 2018

Respectfully Submitted,

_____
Signature of Plaintiff

462622
Plaintiff's Prisoner ID Number
Waupun Correctional Institution P.O. Box 351
Waupun WI. 53963
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

Request to proceed in district court without Prepaying the Full Filing Fee

[X] I do request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in District Court without prepaying the full filing fee form and have attached it to the Complaint.

[ ] I Do not request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this Complaint.